**Philip J. SIMON, Appellant,**

v.

**Warden M. CRUZ, Appellee.**

No. 09–2983.

United States Court of Appeals, Eighth Circuit.

Submitted: April 7, 2010.

Filed: April 12, 2010.

Philip J. Simon, Florence, CO, pro se.

Tracy Lynne Perzel, Assistant U.S. Attorney, U.S. Attorney's Office, District of Minnesota, Minneapolis, MN, for Appellee.

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

PER CURIAM.

Federal inmate Philip J. Simon appeals the district court's[1] denial of his petition

---

1. The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.

1. The Honorable Michael J. Davis, Chief Judge, United States District Court for the District of Minnesota, adopting the report and recommendations of the Honorable Jeffrey J. Keyes, United States Magistrate Judge for the District of Minnesota.

for a writ of habeas corpus, filed under 28 U.S.C. § 2241. Upon de novo review, see *Mitchell v. U.S. Parole Comm'n*, 538 F.3d 948, 951 (8th Cir.2008) (per curiam), we conclude that habeas relief was properly denied. Accordingly, we affirm. See 8th Cir. R. 47B.